# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

In the Matter of the Detention of

G.A.,

      Appellant,

SWEDISH HOSPITAL,

      Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 77636-3-I

UNPUBLISHED OPINION

FILED:   AUG 2 7 2018

PER CURIAM — G.A. appeals from the trial court order authorizing involuntary commitment and treatment. We accept the respondent's concession that the trial court's findings of fact are inadequate for appellate review and that the evidence was insufficient to establish that G.A. was "gravely disabled" as a result of a mental disorder. See In re Det. of LaBelle, 107 Wn.2d 196, 220, 728 P.2d 138 (1986); former RCW 71.05.020(17). Accordingly, we reverse the commitment order and remand for further proceedings. In light of our decision, we decline to address the remaining issues in appellant's brief.

Reversed and remanded.

FOR THE COURT: